IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00003–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ABELARDO TORRES-CRUZ,

      Defendant.

---

### ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **April 24, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>March 24, 2006</u>.  All responses shall be filed by <u>March 31, 2006</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

      **ORDERED** that the clerk will forthwith transmit to a certified interpreter (selected by the clerk) a complete copy of the charging document.  Within five days of the date of this order, the

1

interpreter will translate the charging document, in writing, into Spanish and file the original and

one copy with the court.  Defense counsel will be responsible for obtaining the Spanish version

from the interpreter and seeing that it is promptly delivered to defendants.  Attached to the

translation will be the interpreter's certificate that the written translation is a complete and correct

copy of the charging document and that it has been made available to defense counsel.  It is

further

      **ORDERED** that a change of plea hearing is scheduled to commence at 3:15 o'clock p.m.

on Friday, **April 14, 2006**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday,

April 12, 2006.  Defense counsel is responsible for coordinating with the interpreter to ensure that

both the plea agreement and statement of facts relevant to sentencing and the statement by defen-

dant in advance of plea of guilty are translated, in writing, into Spanish, furnished to defendant,

and signed by defendant in advance of the hearing on the change of plea.  Attached to the written

translation of each document will be the interpreter's certificate that the written translation is a

complete and correct interpretation of the document in question.  The Spanish version of the

document will be tendered to the courtroom deputy clerk no later than commencement of the

change of plea hearing so that it can be marked as an exhibit.

Dated: February 28, 2006